DOMINIC DELL'OSSO, Assignee of MOUNT HOPE FINISHING COMPANY, Appellant, Respondent, v. SILAS K. EVERETT, Respondent, Appellant.— Defendant's appeal dismissed. There is in the record no order denying the relief sought by defendant, and this court is, therefore, without jurisdiction to entertain his appeal. Order in so far as appealed from by plaintiff reversed upon the law, and the portion so appealed from stricken out, with ten dollars costs and disbursements. Defendant's counterclaim is insufficient in law upon its face as it did not exist in the hands of the defendant as a cause of action, and there is nothing in the record to show that the defect has been or may be cured by amendment. Plaintiff was, therefore, entitled to the full relief sought. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

AARON DULMAN, Respondent, v. JOHN KONKUS, Appellant.— Judgment and order of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

CATHERINE A. EGER, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order reversed on the law, and a new trial granted, with costs to abide the event, because of error in the charge of the trial court at folios 394, 395, and the refusal to charge at folios 398–400. (*Vanderborg* v. *City of New York*, 158 App. Div. 297.) Rich, Jaycox, Manning and Kelby, JJ., concur; Kelly, P. J., dissents upon the ground that a question of fact was presented as to defendant's negligence. (*Moshier* v. *City of New York*, 190 App. Div. 111, and cases cited.)

FERDINAND W. FEY, Respondent, v. WILLIAM R. WISSER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

JOSEPH FIANNACCA, Appellant, v. BOOTH STEAMSHIP COMPANY, LTD., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ

ELLEN GORMAN, Respondent, v. THE SUPREME COUNCIL, CATHOLIC BENEVOLENT LEGION, Appellant.— Determination of the Appellate Term unanimously affirmed, with costs, upon authority of *Chambers* v. *Supreme Council, C. B. L.* (*ante*, p. 717), decided herewith. Present — Rich, Jaycox, Manning, Young and Kapper, JJ.

WILLIAM T. HUTCHESON, Respondent, v. ERNEST L. CRANDALL, Appellant.— Judgment modified by striking therefrom the provision which awards the plaintiff damages in the alternative, and as modified affirmed, without costs. The court was without power to award plaintiff both legal and equitable relief. Legal relief in an equitable action is granted when the court finds as a fact that the defendant is unable to perform. Such relief (legal relief in an equitable action) is granted only when the complaint asks that the defendant do something which at the time of the trial he cannot do because he has parted with the title, or some reason of that character. (*Saperstein* v. *Mechanics & Farmers Sav. Bank*, 228 N. Y. 257; Pom. Spec. Perf. [2d ed.] § 294.) That situation does not exist in this case, and, therefore, plaintiff was limited to the relief prayed for in the complaint. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.